Theodore B. Olson (#38137)
Helgi C. Walker (Pro Hac Vice Pending)
Michael R. Huston (#278488)
Jacob T. Spencer (Pro Hac Vice Pending)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:    202.955.8668
Facsimile:    202.530.9575

Joshua S. Lipshutz (#242557)
Joshua D. Dick (#268853)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone:    415.393.8233
Facsimile:    415.374.8469

*Attorneys for Plaintiff*
*CTIA – The Wireless Association®*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CTIA – THE WIRELESS ASSOCIATION®,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF BERKELEY, CALIFORNIA, and CHRISTINE DANIEL, CITY MANAGER OF BERKELEY, CALIFORNIA, in her official capacity,<br><br>Defendants. | **CASE NO. 3:15-cv-02529**<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2  associations of persons, firms, partnerships, corporations (including parent corporations) or other

3  entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding,

4  or (ii) have a non-financial interest in that subject matter or in a party that could be substantially

5  affected by the outcome of this proceeding:

6    Plaintiff CTIA – The Wireless Association® is a nonprofit membership organization that

7  represents the wireless communications industry.  Membership in the association includes wireless

8  carriers and their suppliers, as well as providers and manufacturers of wireless data services and

9  products.  The current membership list is available at http://www.ctia.org/about-us/current-members.

10  A print-out of the list as of June 8, 2015 is attached as Exhibit A.

11

12  June 8, 2015                                              By: /s/ Theodore B. Olson

13                                                                    Theodore B. Olson
                                                                      Helgi C. Walker
14                                                                    Joshua S. Lipshutz
                                                                      Joshua D. Dick
15                                                                    Michael R. Huston
                                                                      Jacob T. Spencer
16

17                                                                    GIBSON, DUNN & CRUTCHER LLP

18                                                                    *Attorneys for Plaintiff*
19                                                                    *CTIA – The Wireless Association®*

20

21

22

23

24

25

26

27

28

# EXHIBIT A



Multimedia  Store  Career Center  Share

POLICY & INITIATIVES    RESOURCE LIBRARY    YOUR WIRELESS LIFE    CTIA SHOW    BECOME A MEMBER    ABOUT US

# ABOUT US

## ABOUT US

Board of Directors

President & CEO

Leadership Team & Staff

Current Members

Contact Us

About Us > Current Members

# Current Members

## Carrier Members

AT&T
Bluegrass Cellular, Inc.
Carolina West Wireless
Cavalier Wireless, LLC
Cellcom
DISH Network
DoCoMo Pacific, Inc.
East Kentucky Network LLC
 dba Appalachian Wireless
GCI Communication Corp.
GM Onstar
King Street Wireless
LightSquared

MTS Communications, Inc.
nTelos Wireless
Pioneer Cellular
Smith Bagley, Inc. DBA
 Cellular One of N.E. AZ
SouthernLINC Wireless
Sprint Corporation
 TriStar License Group LLC
T-Mobile USA
TracFone Wireless, Inc
U.S. Cellular
Union Telephone Company
Verizon Wireless

# Supplier Members

3Cinteractive
Abmnus LLC
Aegis Mobile LLC
Alcatel-Lucent
Amazon
American Network Solutions
AMGOO
Anritsu Company
Apple, Inc
Assurant Solutions
Asurion
Balaji Trading, Inc.
Bandwidth
BlackBerry Limited
Bluetest AB
BTI Solutions
CallFire, Inc.
CBS Interactive
Cisco, Inc.
Consensus Corporation
csf Corporation
Danal, Inc.
Deviser Instruments
Enflick, Inc.
Ericsson, Inc.
ETS-Lindgren, Inc.
Frontline Test Equipment
General Test Systems Inc.
GOGII, Inc.
Good Technology
HEAD acoustics GmbH
HeyWire, Inc.
HTC America, Inc.
HyperCube
iconectiv
Inteliquent
Interop Technologies
Intrado, Inc

Microsoft Corporation
Mobile Messenger
Moshi
Motorola Mobility LLC
Movius Interactive Corporation
National Analysis Center, Inc
NeuStar, Inc.
NextNav
Nokia Corporation
Numerex Corp
OpenMarket
Opera Software
P3 Communications, Inc.
Panasonic Solutions
 Company
Payfone, Inc.
PCTest Engineering
Petra Industries, Inc.
Pinger, Inc.
Plantronics Inc
PPC
QUALCOMM, Inc.
Reiko Wireless, Inc
Reliance Communications
 LLC
RemoteMDx Inc.
Rush Star Wireless, Inc.
Salesforce Marketing Cloud
Samsung
 Telecommunications
 America, L.P.
SAP Mobile Services
SGS US Testing Company,
 Inc.
SITO Mobile
Smith Micro Software, Inc.
Southwire Company
Switch Communications

Intuit
Kore Telematics Inc.
LG Electronics MobileComm
 USA, Inc.
LocationSmart
Lookout
Mannapov LLC
Mavenir Systems

Syniverse Technologies
Taoglas USA, Inc.
TeleCommunication Systems,
 Inc
Telefonica Internacional USA,
 Inc.
The Howland Company, Inc
The NPD Group
Twilio, Inc.
Vibes Media
Wireless Shop LLC
WMC Global
Zipwhip, Inc.
Zoove Corp.

# Associate Members

7 layers
A2Z Development Center, Inc.
 (d/b/a Lab 126)
AccuWeather, Inc.
Alpha Comm Enterprises
Anite Telecoms
AT4 Wireless
Audience, Inc.
Azimuth Systems, Inc
Bechtel Telecommunications
BeQuick Software
Bluetooth SIG
Boingo Wireless, Inc.
Bragg Communications DBA
 Eastlink Wireless
Broadcom Corporation
Bureau Veritas ADT
Cellucom Group
CETECOM
CExchange, LLC
China Telecommunication
 Technology Labs (CTTL)
Ciena Corporation
Cloudmark, Inc.

MTCC (Mobile Technology
 Convergence Center)
Multi-Tech Systems, Inc.
MVG, Inc.
NEC Corporation of America
Novatel Wireless
NTT DoCoMo USA, Inc.
NuCourse Distribution, Inc.
Offwire
Omnilert, LLC
Otter Products, LLC
PCS Wireless
Plateau Telecommunications
Protect Cell
Qmadix
Rohde & Schwarz
Sabre Industries, Inc.
Screened Images Inc dba
 Corrections.com
SETAR-Servicio Di
 Telecomunicacion
SPEAG (Schmid & Partner
 Eng. AG)
Spirent Communications

Commscope
COMPRION GmbH
comScore
CT Miami LLC
CTTL
CWG LLC (Communications
 Wireless Group)
Deloitte & Touche, LLP.
Dream Wireless
HCT Co. Ltd
Huawei Technologies USA Inc
Hyper Taiwan Technology,
 Inc.
Integrated Service Technology
 (iST)
Intel Corporation
Intertek
Kathrein Inc. Scala Division
KGP Logistics
Keysight Technologies
Korea Testing Laboratory
Kyocera Communications, Inc.
Lenovo Inc.
M & M Lifts, Inc.
mBlox, Inc.
Microwave Factory Co. Ltd.
Modern Wireless, Inc.
Mosaik Solutions

Sporton International Inc.
Strategy Analytics, Inc.
Symantec Corporation
Synchronoss Technologies
T-Cetra
Talley, Inc
TCT Mobile Inc.
Tech Mahindra Inc.
Technocel
TECORE, Inc.
Telecommunications
 Technology Association
 (TTA)
Telrite Corporation
Telus Communications
TESSCO Technologies, Inc.
TUV Rheinland Group
UL Verification Services, Inc.
Unnecto/Parktel USA
Urge Mobile
Valor Communication Inc.
Ventus
Verkotan OY
weBoost
W.L. Gore & Associates, Inc.
Wiley Rein LLP
Wilkinson Barker Knauer, LLP
Xentris, LLC
ZTE USA, Inc.

INDUSTRY CAMPAIGNS
Growing Wireless
Go Wireless Go Green
Access Wireless
On The Road Off The Phone

POLICY & INITIATIVES
Policy Topics
Voluntary Guidelines
Common Short Codes
Certification

RESOURCE LIBRARY

YOUR WIRELESS LIFE
How Wireless Works
Know Your Wireless Devices & Plans

CTIA SHOW

BECOME A MEMBER
Benefits
Membership Application

ABOUT US
Board of Directors
President & CEO
Leadership Team & Staff
Current Members