Theodore B. Olson (#38137)
Helgi C. Walker (Pro Hac Vice Pending)
Michael R. Huston (#278488)
Jacob T. Spencer (Pro Hac Vice Pending)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:   202.955.8668
Facsimile:    202.530.9575

Joshua S. Lipshutz (#242557)
Joshua D. Dick (#268853)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone:   415.393.8233
Facsimile:    415.374.8469

*Attorneys for Plaintiff*
*CTIA – The Wireless Association*®

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CTIA – THE WIRELESS ASSOCIATION®,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF BERKELEY, CALIFORNIA, and CHRISTINE DANIEL, CITY MANAGER OF BERKELEY, CALIFORNIA, in her official capacity,<br><br>Defendants. | CASE NO. 3:15-cv-02529<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>Date: July 17, 2015<br>Time: 10:00 AM |

This matter comes before the Court on the motion of plaintiff CTIA – The Wireless Association® for a preliminary injunction.  Having considered the motions and the papers submitted, and having heard arguments of counsel,

IT IS HEREBY ORDERED THAT:

The Defendant City of Berkeley and its agents, servants, employees and attorneys, and Defendant City Manager Christine Daniel and her agents, servants, employees and attorneys are preliminarily enjoined, pending final judgment in this matter or further order of the Court, from taking any action against any of Plaintiff's members to enforce or cause to be enforced any provision of Berkeley Municipal Code Chapter 9.96, the Ordinance entitled "REQUIRING NOTICE CONCERNING RADIO FREQUENCY EXPOSURE OF CELL PHONES," or any regulations implementing this Ordinance.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE