Theodore B. Olson (#38137)
Helgi C. Walker (Pro Hac Vice Pending)
Michael R. Huston (#278488)
Jacob T. Spencer (Pro Hac Vice Pending)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:     202.955.8668
Facsimile:     202.530.9575

Joshua S. Lipshutz (#242557)
Joshua D. Dick (#268853)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone:     415.393.8233
Facsimile:     415.374.8469

*Attorneys for Plaintiff*
*CTIA – The Wireless Association*®

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CTIA – THE WIRELESS ASSOCIATION®,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF BERKELEY, CALIFORNIA, and CHRISTINE DANIEL, CITY MANAGER OF BERKELEY, CALIFORNIA, in her official capacity,<br><br>Defendants. | **CASE NO. 3:15-cv-02529**<br><br>**NOTICE OF APPEARANCE OF MICHAEL R. HUSTON AS COUNSEL FOR PLAINTIFF**<br><br>Complaint Filed: June 8, 2015<br><br>Trial Date:         None Set |

Gibson, Dunn &
Crutcher LLP

Notice of Appearance
No. 3:15-cv-02529

PLEASE TAKE NOTICE THAT attorney Michael R. Huston is appearing on behalf of Plaintiff CTIA – The Wireless Association® in this matter.  The office and email addresses, and the telephone and facsimile numbers for Mr. Huston are as follows:

Michael R. Huston
Gibson Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.877.3793
Facsimile: 202.530.9604
Email: mhuston@gibsondunn.com

Please include Mr. Huston on all proofs of service and communications in this matter.

Dated: June 8, 2015

By: ___s/ Michael R. Huston___
MICHAEL R. HUSTON

GIBSON, DUNN & CRUTCHER LLP

*Attorneys for Plaintiff*
*CTIA – The Wireless Association®*

Notice of Appearance
No. 3:15-cv-02529

1

Gibson, Dunn & Crutcher LLP