Theodore B. Olson (#38137)
Helgi C. Walker (Pro Hac Vice Pending)
Michael R. Huston (#278488)
Jacob T. Spencer (Pro Hac Vice Pending)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:     202.955.8668
Facsimile:     202.530.9575

Joshua S. Lipshutz (#242557)
Joshua D. Dick (#268853)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone:     415.393.8233
Facsimile:     415.374.8469

*Attorneys for Plaintiff*
*CTIA – The Wireless Association®*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CTIA – THE WIRELESS ASSOCIATION®, | CASE NO. 3:15-cv-02529 |
| Plaintiff, | **NOTICE OF APPEARANCE OF JOSHUA D. DICK AS COUNSEL FOR PLAINTIFF** |
| v. | Complaint Filed: June 8, 2015 |
| THE CITY OF BERKELEY, CALIFORNIA, and CHRISTINE DANIEL, CITY MANAGER OF BERKELEY, CALIFORNIA, in her official capacity, | Trial Date:        None Set |
| Defendants. | |

PLEASE TAKE NOTICE THAT attorney Joshua D. Dick is appearing on behalf of Plaintiff CTIA – The Wireless Association® in this matter.  The office and email addresses, and the telephone and facsimile numbers for Mr. Dick are as follows:

Joshua D. Dick  
Gibson Dunn & Crutcher LLP  
555 Mission Street  
San Francisco, CA 94105-0921  
Telephone: 415.393.8331  
Facsimile: 415.374.8451  
Email: jdick@gibsondunn.com

Please include Mr. Dick on all proofs of service and communications in this matter.

Dated:  June 8, 2015

By:     s/ Joshua D. Dick
JOSHUA D. DICK

GIBSON, DUNN & CRUTCHER LLP

*Attorneys for Plaintiff*
*CTIA – The Wireless Association®*