Theodore B. Olson (#38137)
Helgi C. Walker (Pro Hac Vice Pending)
Michael R. Huston (#278488)
Jacob T. Spencer (Pro Hac Vice Pending)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:     202.955.8668
Facsimile:      202.530.9575

Joshua S. Lipshutz (#242557)
Joshua D. Dick (#268853)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone:     415.393.8233
Facsimile:      415.374.8469

*Attorneys for Plaintiff*
*CTIA – The Wireless Association®*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CTIA – THE WIRELESS ASSOCIATION®, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF BERKELEY, CALIFORNIA, and CHRISTINE DANIEL, CITY MANAGER OF BERKELEY, CALIFORNIA, in her official capacity, <br><br> Defendants. | CASE NO. 4:15-cv-02529 <br><br> **NOTICE OF APPEARANCE OF JOSHUA S. LIPSHUTZ AS COUNSEL FOR PLAINTIFF** <br><br> Complaint Filed: June 8, 2015 <br> Trial Date:            None Set |

PLEASE TAKE NOTICE THAT attorney Joshua S. Lipshutz is appearing on behalf of Plaintiff CTIA – The Wireless Association® in this matter.  The office and email addresses, and the telephone and facsimile numbers for Mr. Lipshutz are as follows:

Joshua S. Lipshutz  
Gibson Dunn & Crutcher LLP  
555 Mission Street  
San Francisco, CA 94105-0921  
Telephone: 415.393.8233  
Facsimile: 415.374.8469  
Email: jlipshutz@gibsondunn.com

Please include Mr. Lipshutz on all proofs of service and communications in this matter.

Dated: June 9, 2015

By:   s/ Joshua S. Lipshutz
JOSHUA S. LIPSHUTZ

GIBSON, DUNN & CRUTCHER LLP

*Attorneys for Plaintiff*
*CTIA – The Wireless Association*®