Theodore B. Olson (#38137)
Helgi C. Walker (Pro Hac Vice Pending)
Michael R. Huston (#278488)
Jacob T. Spencer (Pro Hac Vice Pending)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:     202.955.8668
Facsimile:     202.530.9575

Joshua S. Lipshutz (#242557)
Joshua D. Dick (#268853)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone:     415.393.8233
Facsimile:     415.374.8469

*Attorneys for Plaintiff*
*CTIA – The Wireless Association®*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CTIA – THE WIRELESS ASSOCIATION®,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF BERKELEY, CALIFORNIA, and CHRISTINE DANIEL, CITY MANAGER OF BERKELEY, CALIFORNIA, in her official capacity,<br><br>Defendants. | **CASE NO. 3:15-cv-02529-EMC**<br><br>**PROOF OF SERVICE** |

Proof of Service
No. 3:15-cv-02529-EMC

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>THEODORE B. OLSON, ESQ., SBN 38137<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 CONNECTICUT AVENUE N.W.<br>WASHINGTON, DC 20036<br>*Telephone No:*<br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court For The Northern District Of California

*Plaintiff:* CTIA - THE WIRELESS ASSOCATION
*Defendant:* THE CITY OF BERKELEY, CALIFORNIA, ET AL.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>4:15-CV-02529-KAW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action And Complaint; Civil Cover Sheet; Plaintiff's Certification Of Interested Entities Or Persons; Plaintiff's Motion For A Preliminary Injunction; [Proposed] Order Granting Plaintiff's Motion For Preliminary Injunction; Application For Admission Of Attorney Pro Hac Vice, Applicant: Helgi C. Walker; Application For Admission Of Attorney Pro Hac Vice, Applicant: Jacob T. Spencer; Notice Of Appearance Of Joshua D. Dick As Counsel For Plaintiff; Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Magistrate Judge Kandis A. Westmore; Standing Order For All Judges Of The Northern District Of California, Contents Of Joint Case Management Statement; Consent Or Declination To Magistrate Judge Jurisdiction; Notice Of Appearance Of Michael R. Huston As Counsel For Plaintiff

3. a. Party served: THE CITY OF BERKELEY, CALIFORNIA
   b. Person served: LESLIE ROE, CITY CLERK, AUTHORIZED TO ACCEPT SERVICE. SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served: 2180 MILVIA STREET
   FIRST FLOOR
   BERKELEY, CA 94704

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Jun. 09, 2015 (2) at: 11:15AM

7. **Person Who Served Papers:** Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Raimundo Carvalho
   
   d. **The Fee** for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2014-0000968-00
      (iii) County: San Francisco

First Legal
1138 Howard Street
San Francisco, CA 94103
Telephone (415) 626-3111
Fax (415) 626-1331
www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Jun. 09, 2015

Judicial Council Form        PROOF OF SERVICE        (Raimundo Carvalho)
Rule 2.150.(a)&(b) Rev January 1, 2007

264821 .gibddc.707150

| Attorney or Party without Attorney: THEODORE B. OLSON, ESQ., SBN 38137 GIBSON, DUNN & CRUTCHER LLP 1050 CONNECTICUT AVENUE N.W. WASHINGTON, DC 20036 Telephone No: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | | | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court For The Northern District Of California | | | | | |
| Plaintiff: CTIA - THE WIRELESS ASSOCATION Defendant: THE CITY OF BERKELEY, CALIFORNIA, ET AL. | | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: 4:15-CV-02529-KAW | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action And Complaint; Civil Cover Sheet; Plaintiff's Certification Of Interested Entities Or Persons; Plaintiff's Motion For A Preliminary Injunction; [Proposed] Order Granting Plaintiff's Motion For Preliminary Injunction; Application For Admission Of Attorney Pro Hac Vice, Applicant: Helgi C. Walker; Application For Admission Of Attorney Pro Hac Vice, Applicant: Jacob T. Spencer; Notice Of Appearance Of Joshua D. Dick As Counsel For Plaintiff; Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Magistrate Judge Kandis A. Westmore; Standing Order For All Judges Of The Northern District Of California, Contents Of Joint Case Management Statement; Consent Or Declination To Magistrate Judge Jurisdiction; Notice Of Appearance Of Michael R. Huston As Counsel For Plaintiff

3. a. Party served: CHRISTINE DANIEL, CITY MANAGER OF BERKELEY, CALIFORNIA, IN HER OFFICIAL CAPACITY
   b. Person served: LESLIE ROE, CITY CLERK, AUTHORIZED TO ACCEPT SERVICE. SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served: 2180 MILVIA STREET FIRST FLOOR BERKELEY, CA 94704

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Jun. 09, 2015 (2) at: 11:15AM

7. **Person Who Served Papers:**
   a. Raimundo Carvalho

   1138 Howard Street
   San Francisco, CA 94103
   Telephone (415) 626-3111
   Fax (415) 626-1331
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2014-0000968-00
      (iii) County: San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Jun. 09, 2015

   (Raimundo Carvalho)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

2704839 .gibddc.707151