Theodore B. Olson (#38137)
Helgi C. Walker (Pro Hac Vice Pending)
Michael R. Huston (#278488)
Jacob T. Spencer (Pro Hac Vice Pending)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8668
Facsimile:  202.530.9575

Joshua S. Lipshutz (#242557)
Joshua D. Dick (#268853)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone:  415.393.8233
Facsimile:  415.374.8469

*Attorneys for Plaintiff*
*CTIA – The Wireless Association®*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CTIA – THE WIRELESS ASSOCIATION®,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF BERKELEY, CALIFORNIA, and CHRISTINE DANIEL, CITY MANAGER OF BERKELEY, CALIFORNIA, in her official capacity,<br><br>Defendants. | **CASE NO. 3:15-cv-02529-EMC**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE** |

**RECITALS**

1. On June 8, 2015, Plaintiff CTIA – The Wireless Association® ("CTIA") filed a motion for preliminary injunction (Dkt. 4), requesting this Court to preliminarily enjoin all Defendants from enforcing or causing to be enforced Berkeley Municipal Code Chapter 9.96 (the "Ordinance") before the Ordinance was to go into effect on June 25, 2015, pending final judgment.

2. CTIA noticed a hearing regarding the motion for preliminary injunction on July 17, 2015, at 10:00 am, or as soon thereafter as would be convenient for this Court.

3. According to the docket (Dkt. 4), Defendants' Response to CTIA's motion for preliminary injunction is due June 22, 2015.  CTIA's Reply is due June 29, 2015.

4. On June 9, 2015, the parties filed a joint stipulation with a proposed order regarding a stay and a briefing schedule (Dkt. 16), explaining that the Defendant City of Berkeley, California had agreed to stay the Ordinance pending orderly adjudication of the preliminary injunction motion, and asking this Court to vacate the current briefing schedule and request for a hearing date.

5. Pursuant to the joint stipulation, the parties have met and conferred, and respectfully propose the schedule below for briefing and hearing of CTIA's motion for preliminary relief.

6. With respect to the hearing date, all counsel are available on July 23, 2015, at 1:30 pm.

**STIPULATION**

The parties accordingly stipulate as follows:

1. The Defendants will file their opposition to CTIA's motion by July 6, 2015.

2. CTIA will file its reply memorandum by July 20, 2015.

3. CTIA's motion will be heard on July 23, 2015, at 1:30 pm.

| | |
|---|---|
| June 12, 2015 | By: /s/ Theodore B. Olson |
| | Theodore B. Olson |
| | Helgi C. Walker |
| | Joshua S. Lipshutz |
| | Joshua D. Dick |
| | Michael R. Huston |
| | Jacob T. Spencer |
| | |
| | GIBSON, DUNN & CRUTCHER LLP |
| | |
| | *Attorneys for Plaintiff* |
| | *CTIA – The Wireless Association*® |
| | |
| June 12, 2015 | By: **/s/ Zachary D. Cowan |
| | Zach Cowan, City Attorney (#96372) |
| | CITY OF BERKELEY |
| | 2180 Milvia Street, Fourth Floor |
| | Berkeley, CA 94704 |
| | Telephone:    510.981.6998 |
| | Facsimile:    510.981.6960 |
| | |
| | *Attorney for Defendants* |
| | *City of Berkeley, California and* |
| | *Christine Daniel, City Manager of* |
| | *Berkeley, California* |
| | |
| | ** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory. |

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

Stipulation Re Briefing and Hearing Schedule          2
No. 3:15-cv-02529-EMC