Theodore B. Olson (#38137)
Helgi C. Walker (Pro Hac Vice Pending)
Michael R. Huston (#278488)
Jacob T. Spencer (Pro Hac Vice Pending)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8668
Facsimile: 202.530.9575
Email: TOlson@gibsondunn.com

Joshua S. Lipshutz (#242557)
Joshua D. Dick (#268853)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone: 415.393.8233
Facsimile: 415.374.8469

*Attorneys for Plaintiff*
*CTIA – The Wireless Association®*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CTIA – THE WIRELESS ASSOCIATION®,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF BERKELEY, CALIFORNIA, and CHRISTINE DANIEL, CITY MANAGER OF BERKELEY, CALIFORNIA, in her official capacity,<br><br>Defendants. | **CASE NO. 3:15-cv-02529-EMC**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING HEARING SCHEDULE** |

**RECITALS**

1. On June 8, 2015, Plaintiff CTIA – The Wireless Association® ("CTIA") filed a motion for preliminary injunction (Doc. 4), requesting this Court to preliminarily enjoin all Defendants from enforcing or causing to be enforced Berkeley Municipal Code Chapter 9.96 (the "Ordinance") before the Ordinance was to go into effect on June 25, 2015, pending final judgment.

2. On June 12, the parties filed a joint stipulation with a proposed order regarding a briefing schedule and hearing schedule (Doc. 18). The parties stipulated that CTIA's motion would be heard on July 23, 2015, at 1:30 pm.

3. On June 16, this Court so ordered the parties' joint stipulation as modified and set a hearing on CTIA's motion for August 6, 2015 (Doc. 20).

4. With respect to the hearing date, arguing counsel for Defendants will not be available on August 6. The parties thus respectfully propose an alternative hearing date below.

5. All counsel are available on August 20, 2015, at 1:30 pm.

**STIPULATION**

The parties accordingly stipulate as follows:

1. CTIA's motion will be heard on August 20, 2015, at 1:30 pm.

| | |
|---|---|
| June 17, 2015 | By: /s/ Theodore B. Olson |
| | Theodore B. Olson |
| | Helgi C. Walker |
| | Joshua S. Lipshutz |
| | Joshua D. Dick |
| | Michael R. Huston |
| | Jacob T. Spencer |
| | |
| | GIBSON, DUNN & CRUTCHER LLP |
| | |
| | *Attorneys for Plaintiff* |
| | *CTIA – The Wireless Association®* |
| | |
| June 17, 2015 | By: **/s/ Zachary D. Cowan |
| | |
| | Zach Cowan, City Attorney (#96372) |
| | CITY OF BERKELEY |
| | 2180 Milvia Street, Fourth Floor |
| | Berkeley, CA 94704 |
| | Telephone:   510.981.6998 |
| | Facsimile:   510.981.6960 |
| | |
| | *Attorney for Defendants* |
| | *City of Berkeley, California and* |
| | *Christine Daniel, City Manager of* |
| | *Berkeley, California* |
| | |
| | ** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory. |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE