Theodore B. Olson (#38137)
  TOlson@Gibsondunn.com
Helgi C. Walker (Pro Hac Vice Pending)
  HWalker@Gibsondunn.com
Michael R. Huston (#278488)
  MHuston@Gibsondunn.com
Jacob T. Spencer (Pro Hac Vice Pending)
  JSpencer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:    202.955.8668
Facsimile: 202.530.9575

Joshua S. Lipshutz (#242557)
  JLipshutz@Gibsondunn.com
Joshua D. Dick (#268853)
  JDick@Gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone: 415.393.8233
Facsimile: 415.374.8469

*Attorneys for Plaintiff*
*CTIA – The Wireless Association®*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CTIA – THE WIRELESS ASSOCIATION®,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF BERKELEY, CALIFORNIA, and CHRISTINE DANIEL, CITY MANAGER OF BERKELEY, CALIFORNIA, in her official capacity,<br><br>Defendants. | **CASE NO. 3:15-cv-02529-EMC**<br><br>PROOF OF SERVICE |

Gibson, Dunn &
Crutcher LLP

Proof of Service
No. 3:15-cv-02529-EMC

# PROOF OF SERVICE

I, Carol Aranda, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action. On June 18, 2015, I served:

**CASE MANAGEMENT CONFERENCE ORDER IN REASSIGNED CASE**

**THE "STANDING ORDER FORALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT,"**

**JUDGE EDWARD M. CHEN'S "CIVIL STANDING ORDER – GENERAL"**

**JUDGE EDWARD M. CHEN'S "CIVIL STANDING ORDER ON DISCOVERY"**

to the person named below at the address shown, in the manner described below:

| | |
|---|---|
| Zach Cowan, City Attorney<br>City of Berkeley<br>2180 Milvia Street, 4th Floor<br>Berkeley, CA 94704<br>ZCowan@ci.berkeley.ca.us<br><br>Sarah Reynoso, Assistant City Attorney<br>City of Berkeley<br>2180 Milvia Street, 4th Floor<br>Berkeley, CA 94704<br>SReynoso@ci.berkeley.com | |

☑ **BY ELECTRONIC MAIL (E-MAIL):** I caused a true PDF copy of the above-mentioned document(s) to be transmitted by e-mail on the date indicated above to the parties identified above at their respective e-mail addresses cited above. I am readily familiar with this office's practice for transmissions by e-mail. Transmissions are sent as soon as possible and are repeated, if necessary, until they are reported as completed and without error. In sending the foregoing document by e-mail, I followed this office's ordinary business practices.

I declare under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Proof of Service was executed by me on June 18, 2015, at San Francisco, California.

*/s/ Carol Aranda*
Carol Aranda

Gibson, Dunn & Crutcher LLP

Proof of Service
No. 3:15-cv-02529-EMC                                           2