Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CTIA - The Wireless Association®, ) Case No: 3:15-cv-02529
  )
Plaintiff(s), ) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
The City of Berkeley, California and Christine ) **PRO HAC VICE**
Daniel, the City Manager of Berkeley, California, ) (CIVIL LOCAL RULE 11-3)
in her official capacity, )
Defendant(s). )

I, Jacob T. Spencer, an active member in good standing of the bar of Virginia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: CTIA - The Wireless Association in the above-entitled action. My local co-counsel in this case is Joshua Lipshutz, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1050 Connecticut Ave., N.W. Washington, DC 20036 | 555 Mission Street, Suite 3000 San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 887-3514 | (415) 393-8233 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jspencer@gibsondunn.com | jlipshutz@gibsondunn.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 84483.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/08/15                                     Jacob T. Spencer
                                                    APPLICANT

---

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jacob T. Spencer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, co-counsel designated in the application will constitute notice to the party.

Dated: 6/22/15

GRANTED
Judge Edward M. Chen

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                              *October 2012*

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

Jacob Thomas Spencer

was admitted to practice as an attorney and counsellor at the bar of this Court on January 8, 2015.

I further certify that so far as the records of this office are concerned, Jacob Thomas Spencer is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 16th day of March
A.D. 2015

By: _____
Deputy Clerk