Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CTIA - WIRELESS ASSOCIATION )
                             )  Case No: C15-02529 KAW
         Plaintiff(s),       )
                             )  **APPLICATION FOR**
    v.                       )  **ADMISSION OF ATTORNEY**
                             )  **PRO HAC VICE**
CITY OF BERKELEY, et al.     )  (CIVIL LOCAL RULE 11-3)
                             )
         Defendant(s).       )

I, Lester Lawrence Lessig III, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants in the above-entitled action. My local co-counsel in this case is Zach Cowan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Harvard Law School, 1563 Massachusetts Ave., Cambridge, MA 02138 | City of Berkeley, 2180 Milvia St., 4th Flr., Berkeley, CA 94704 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (617) 496-8853 | (510) 981-6998 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| lessig@law.harvard.edu | ZCowan@cityofberkeley.info |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6207359.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated:                                       Lester Lawrence Lessig III
                                                       APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Lester Lawrence Lessig III is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 24, 2015

UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

*PRO HAC VICE* APPLICATION & ORDER