ZACH COWAN, City Attorney                          SBN 96372
ZCowan@ci.berkeley.ca.us
KRISTY VAN HERICK, Deputy City Attorney   SBN 178685
KVanherick@ci.berkeley.ca.us
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
TEL.:  (510) 981-6998
FAX.: (510) 981-6960

LESTER LAWRENCE LESSIG III (Appearance Pro Hac Vice)
lessig@law.harvard.edu
HARVARD LAW SCHOOL
1563 Massachusetts Avenue
Cambridge, MA 02138
TEL.:  (617) 496-8853
FAX.: (617) 496-4866

ROBERT CHARLES POST                          SBN 111917
Robert.post@yale.edu
YALE LAW SCHOOL
127 Wall St.
New Haven, CT 06511
TEL.:  (203) 432-4946

Attorneys for Defendants
CITY OF BERKELEY and CHRISTINE DANIEL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CTIA – THE WIRELESS ASSOCIATION,<br><br>           Plaintiff,<br><br>      vs.<br><br>CITY OF BERKELEY, CHRISTINE DANIEL, CITY MANAGER OF CITY OF BERKELEY,<br><br>           Defendants. | NO.  C15-02529 EMC<br><br>DEFENDANTS CITY OF BERKELEY AND CHRISTINE DANIEL'S ANSWER TO COMPLAINT |

Defendants City of Berkeley and Christine Daniel (collectively "Defendants") answer plaintiff's Complaint as follows:

1

1. Answering Paragraph 1, Defendants admit that the City of Berkeley is entitled to its opinions. Defendants deny the balance of the allegation.

2. Answering Paragraph 2, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

3. Answering Paragraph 3, Defendants admit that RF energy can cause harmful effects, and that the FCC has established safety standards to limit the RF energy emissions from cell phones. Defendants further admit that cell phones sold in the United States must comply with those standards. Defendants deny the allegation to the extent it is legal argument and/or conclusions that are not a proper allegation in a complaint and reserve their right to brief the Court on legal standards and arguments at the proper time. Defendants deny the balance of the allegation.

4. Answering Paragraph 4, Defendants admit the ordinance contains the quoted language. Defendants deny the allegation to the extent it is legal argument and/or conclusions that are not a proper allegation in a complaint and reserve their right to brief the Court on legal standards and arguments at the proper time. Defendants deny the balance of the allegation.

5. Answering Paragraph 5, Defendants deny the allegation.

6. Answering Paragraph 6, Defendants deny the allegation to the extent it is legal argument and/or conclusions that are not a proper allegation in a complaint and reserve their right to brief the Court on legal standards and arguments at the proper time. Defendants deny the balance of the allegation.

7. Answering Paragraph 7, Defendants deny the allegation to the extent it is legal argument and/or conclusions that are not a proper allegation in a complaint and reserve their right to brief the Court on legal standards and arguments at the proper time. Defendants deny the balance of the allegation.

8. Answering Paragraph 8, Defendants deny the allegation to the extent it is legal argument and/or conclusions that are not a proper allegation in a complaint and reserve their

right to brief the Court on legal standards and arguments at the proper time. Defendants deny the balance of the allegation.

9. Answering Paragraph 9, Defendants have no information about what other cities may or may not do in the future and on that basis deny the allegation. Defendants further deny the allegation to the extent it is legal argument and/or conclusions that are not a proper allegation in a complaint and reserve their right to brief the Court on legal standards and arguments at the proper time. Defendants deny the balance of the allegation.

10. Answering Paragraph 10, Defendants deny the allegation.

11. Answering Paragraph 11, Defendants deny the allegation to the extent it is legal argument and/or conclusions that are not a proper allegation in a complaint and reserve their right to brief the Court on legal standards and arguments at the proper time.

**JURISDICTION AND VENUE**

12. Answering Paragraph 12, Defendants admit this Court has subject matter jurisdiction.

13. Answering Paragraph 13, Defendants admit the CTIA has associational standing.

14. Answering Paragraph 14, Defendants admit it is subject to the personal jurisdiction of this Court.

15. Answering Paragraph 15, Defendants admit its City Manager is subject to the personal jurisdiction of this Court, but deny she is relevant to this suit.

16. Answering Paragraph 16, Defendants admit venue is proper.

17. Answering Paragraph 17, Defendants admit the action is properly assigned to the San Francisco or Oakland Division of this Court.

**PARTIES**

18. Answering Paragraph 18, Defendants admit the allegation.

19. Answering Paragraph 19, Defendants admit the allegation.

20. Answering Paragraph 20, Defendants admit the allegation.

21. Answering Paragraph 21, Defendants admit the allegation.

3
DEFENDANTS' ANSWER TO COMPLAINT
Case No. C15-02529 EMC

**FACTUAL ALLEGATIONS**

22. Answering Paragraph 22, Defendants admit the allegation.

23. Answering Paragraph 23, Defendants admit the electromagnetic energy used by cell phones is sometimes referred to as "RF energy."

24. Answering Paragraph 24, Defendants admit the allegation.

25. Answering Paragraph 25, Defendants admit cell phones use "electromagnetic radiation" and admit the balance of the allegation is a partial characterization of radio spectrum energy.

26. Answering Paragraph 26, Defendants admit that scientists have distinguished ionizing from non-ionizing radiation. Defendants have no basis for determining whether the term "radiation" is used colloquially to imply "radiation," and on that basis denies the allegation. Defendants admit ionizing and non-ionizing radiation have different biological effects.

27. Answering Paragraph 27, Defendants admit the allegation.

28. Answering Paragraph 28, Defendants admit non-ionizing radiation cannot remove electrons from atoms. Defendants deny that the only known adverse health effect of non-ionizing radiation is a "thermal effect."  Defendants admit plaintiff's description of thermal effects. Defendants deny the allegation to the extent it is legal argument and/or conclusions that are not a proper allegation in a complaint and reserve their right to brief the Court on legal standards and arguments at the proper time.  Defendants deny the balance of the allegation.

29. Answering Paragraph 29, Defendants admit the allegation.

30. Answering Paragraph 30, Defendants admit the IEEE has adopted a procedure for setting safety standards for RF radiation. Defendants deny the cited source asserts that "there are no adverse effects on the body below that threshold, regardless of how long or how intense the exposure to RF energy." Defendants deny the allegation to the extent it is legal argument and/or conclusions that are not a proper allegation in a complaint and reserve their right to brief the Court on legal standards and arguments at the proper time.  Defendants deny the balance of the allegation.

31. Answering Paragraph 31, Defendants admit the allegation.

32. Answering Paragraph 32, Defendants admit that federal agencies have jurisdiction to regulate the safety of cell phones but deny the remainder of the allegation.

33. Answering Paragraph 33, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

34. Answering Paragraph 34, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

35. Answering Paragraph 35, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

36. Answering Paragraph 36, Defendants admit that Congress and the FCC have regulated wireless communication services, including cell phones, but deny the balance of the allegation to the extent they are not legal argument and/or conclusions that are not a proper allegation in a complaint and reserve their right to brief the Court on legal standards and arguments at the proper time.

37. Answering Paragraph 37, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

38. Answering Paragraph 38, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

1  39. Answering Paragraph 39, Defendants admit Congress enacted FCC relevant legislation in 1993. To the extent the remaining statements are not legal argument and/or legal conclusions or opinions to which Defendants need not respond, Defendants deny the remainder of the allegation.

40. Answering Paragraph 40, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

41. Answering Paragraph 41, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

42. Answering Paragraph 42, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

43. Answering Paragraph 43, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

44. Answering Paragraph 44, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

45. Answering Paragraph 45, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

46. Answering Paragraph 46, the paragraph contains only is argument and/or conclusions is not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

47. Answering Paragraph 47, the paragraph contains only legal argument and/or conclusions is not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

48. Answering Paragraph 48, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

49. Answering Paragraph 49, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

50. Answering Paragraph 50, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

51. Answering Paragraph 51, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

52. Answering Paragraph 52, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

DEFENDANTS' ANSWER TO COMPLAINT
Case No. C15-02529 EMC

53. Answering Paragraph 53, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

54. Answering Paragraph 54, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

55. Answering Paragraph 55, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

56. Answering Paragraph 56, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

57. Answering Paragraph 57, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

58. Answering Paragraph 58, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

59. Answering Paragraph 59, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

60. Answering Paragraph 60, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

61. Answering Paragraph 61, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

62. Answering Paragraph 62, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

63. Answering Paragraph 63, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

64. Answering Paragraph 64, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

65. Answering Paragraph 65, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

66. Answering Paragraph 66, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

67. Answering Paragraph 67, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

68. Answering Paragraph 68, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

69. Answering Paragraph 69, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

70. Answering Paragraph 70, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

71. Answering Paragraph 71, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

72. Answering Paragraph 72, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

73. Answering Paragraph 73, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

74. Answering Paragraph 74, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

75. Answering Paragraph 75, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

76. Answering Paragraph 76, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

77. Answering Paragraph 77, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

78. Answering Paragraph 78, Defendants has no basis for evaluating what "maximizes customer experience" and therefore lacks sufficient information to admit or deny the allegation and on that basis denies the allegation.

79. Answering Paragraph 79, Defendants deny the allegation.

80. Answering Paragraph 80, Defendants deny the allegation.

81. Answering Paragraph 81, Defendants admit quoted material appears in the cited document but denies the balance of the allegation.

82. Answering Paragraph 82, Defendants deny the allegation.

83. Answering Paragraph 83, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

1    84.    Answering Paragraph 84, Defendants admit quoted material appears in the cited
2 document but denies the balance of the allegation.
3    85.    Answering Paragraph 85, Defendants admit the Ordinance does not repeat the
4 statements in manufacturers' existing consumer disclosures. Defendants deny the balance of the
5 allegation.
6    86.    Answering Paragraph 86, Defendants deny the allegation.
7    87.    Answering Paragraph 87, Defendants admit quoted material appears in the cited
8 document but denies the balance of the allegation.
9    88.    Answering Paragraph 88, Defendants admit the allegation.
10    89.    Answering Paragraph 89, Defendants admit that on May 12, 2015 the City
11 Council voted on an action item to "Adopt first reading of an Ordinance requiring cell phone
12 retailers to provide a notice with each sale or lease concerning the carrying of cell phones, and
13 adding Berkeley Municipal Code Chapter 9.96." Defendants deny the balance of the allegation.
14    90.    Answering Paragraph 90, Defendants admit that on May 12, 2015 at a public
15 meeting of the Berkeley City Council Lawrence Lessig spoke regarding the ordinance and
16 mentioned the letter from 195 scientists, as did Dr. Joel Moskowitz.  Defendants also admit that
17 members of the public spoke at that same meeting.  Defendants deny the balance of the
18 allegation.
19    91.    Answering Paragraph 91, Answering Paragraph 90, Defendants admit that on
20 May 12, 2015 at a public meeting of the Berkeley City Council Lawrence Lessig spoke
21 regarding the ordinance and cited a study of Berkeley residents.  Defendants also admit that
22 Defendants admit quoted material appears in the cited document.  Defendants deny the balance
23 of the allegation.
24    92.    Answering Paragraph 92, Defendants admit that the out of context and
25 incomplete quoted material appears in the cited document.  Defendants deny the balance of the
26 allegation.
27    93.    Answering Paragraph 93, Defendants admit that the out of context and quoted
28 material appears in the cited document.  Defendants deny Councilmember Anderson was

providing any argument to describe the City's substantial interest in the Ordinance. Defendants deny the balance of the allegation.

94. Answering Paragraph 94, Defendants admit that on May 26, 2015, the Berkeley City Council unanimously voted to adopt second reading of Ordinance No. 7,404-N.S. requiring cell phone retailers to provide a notice with each sale or lease concerning the carrying of cell phones, and adding Berkeley Municipal Code Chapter 9.96.

95. Answering Paragraph 95, Defendants deny the allegation.

96. Answering Paragraph 96, Defendants admit Defendants admit that the out of context and incomplete quoted material appears in the cited document. Defendants deny the balance of the allegation.

97. Answering Paragraph 97, Defendants deny the allegation to the extent it is legal argument and/or conclusions that are not a proper allegation in a complaint and reserve their right to brief the Court on legal standards and arguments at the proper time. Defendants deny the balance of the allegation.

98. Answering Paragraph 98, Defendants admit that the out of context and incomplete quoted material appears in the cited document. Defendants deny the balance of the allegation.

99. Answering Paragraph 99, Defendants has no basis for knowing what CTIA members believe. Defendants deny that the "vast majority of manufacturers" do not disclose separation distances. Defendants deny such procedures are unrelated to "safety standards." Defendants admit that the FCC's purpose in mandating the disclosure of SAR testing procedures is to give consumers the opportunity "to ensure that their actual exposure does not exceed the SAR measurement obtained during testing."

100. Answering Paragraph 100, Defendants admit that the out of context and incomplete quoted material appears in the cited document. Defendants deny the balance of the allegation.

101. Answering Paragraph 101, Defendants deny the allegation.

102. Answering Paragraph 102, Defendants admit that the out of context and incomplete quoted material appears in the cited document. Defendants deny the balance of the allegation.

103. Answering Paragraph 103, Defendants deny the allegation.

104. Answering Paragraph 104, Defendants admit that the out of context and incomplete quoted material appears in the cited document. Defendants deny the balance of the allegation.

105. Answering Paragraph 105, Defendants deny the allegation.

106. Answering Paragraph 106, Defendants admit that the out of context and incomplete quoted material appears in the cited document. Defendants deny the balance of the allegation.

107. Answering Paragraph 107, the paragraph contains only legal argument and/or conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.

108. Answering Paragraph 108, Defendants deny the allegation to the extent it is legal argument and/or conclusions that are not proper allegation in a complaint and reserve their right to brief the Court on legal standards and arguments at the proper time. Defendants deny the balance of the allegation.

109. Answering Paragraph 109, Defendants deny the substantive portion of the ordinance is false, misleading, or controversial.

110. Answering Paragraph 110, Defendants deny the allegation.

111. Answering Paragraph 111, Defendants admit that "exposure in excess of FCC limits might result." Defendants deny the balance of the allegation.

112. Answering Paragraph 112, Defendants admit RF energy is not ionizing radiation. Defendants deny the balance of the allegation.

113. Answering Paragraph 113, Defendants admit the ordinance asserts that there is a potential risk of exceeding SAR limits, depending on how the phone is used. Defendants admit

1  that the ordinance assets children are more likely to exceed SAR limits, given how children
2  typically use their phones. Defendants deny these statements are inaccurate.  Defendants deny
3  the allegation to the extent it is legal argument and/or conclusions that are not proper allegation
4  in a complaint and reserve their right to brief the Court on legal standards and arguments at the
5  proper time.  Defendants deny the balance of the allegation.

6       114.    Answering Paragraph 114, Defendants admit the allegation.

7       115.    Answering Paragraph 115, Defendants admit the allegation.

8       116.    Answering Paragraph 116, Defendants admit the allegation.

9       117.    Answering Paragraph 117, Defendants admit the Ordinance was to go into effect
10 June 25, 2015 but the City has agreed to stay the enforcement of the Ordinance pending
11 resolution of this lawsuit.

## COUNT 1

13      118.    Answering Paragraph 118, Defendants incorporate the preceding paragraphs by
14 reference.

15      119.    Answering Paragraph 119, Defendants admit the allegation.

16      120.    Answering Paragraph 120, the paragraph contains only legal argument and/or
17 conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny
18 the allegation and reserve their right to brief the Court on legal standards and arguments at the
19 proper time.

20      121.    Answering Paragraph 121, Defendants deny the allegation to the extent it is legal
21 argument and/or conclusions that are not a proper allegation in a complaint and reserve their
22 right to brief the Court on legal standards and arguments at the proper time.  Defendants deny
23 the balance of the allegation.

24      122.    Answering Paragraph 122, Defendants deny the allegation to the extent it is legal
25 argument and/or conclusions that are not a proper allegation in a complaint and reserve their
26 right to brief the Court on legal standards and arguments at the proper time.  Defendants deny
27 the balance of the allegation.

28

123. Answering Paragraph 123, Defendants deny the allegation to the extent it is legal argument and/or conclusions that are not a proper allegation in a complaint and reserve their right to brief the Court on legal standards and arguments at the proper time.  Defendants deny the balance of the allegation.

124. Answering Paragraph 124, Defendants deny the allegation to the extent it is legal argument and/or conclusions that are not a proper allegation in a complaint and reserve their right to brief the Court on legal standards and arguments at the proper time.  Defendants deny the balance of the allegation.

125. Answering Paragraph 125, Defendants deny the allegation.

126. Answering Paragraph 126, Defendants deny the allegation.

127. Answering Paragraph 127, Defendants deny the allegation to the extent it is legal argument and/or conclusions that are not a proper allegation in a complaint and reserve their right to brief the Court on legal standards and arguments at the proper time.  Defendants deny the balance of the allegation.

128. Answering Paragraph 128, Defendants deny the allegation to the extent it is legal argument and/or conclusions that are not a proper allegation in a complaint and reserve their right to brief the Court on legal standards and arguments at the proper time.  Defendants deny the balance of the allegation.

129. Answering Paragraph 129, Defendants deny the allegation to the extent it is legal argument and/or conclusions that are not a proper allegation in a complaint and reserve their right to brief the Court on legal standards and arguments at the proper time.  Defendants deny the balance of the allegation.

130. Answering Paragraph 130, Defendants deny the allegation.

131. Answering Paragraph 131, Defendants deny the allegation.

132. Answering Paragraph 132, Defendants deny the allegation.

133. Answering Paragraph 133, Defendants deny the allegation to the extent it is legal argument and/or conclusions that are not a proper allegation in a complaint and reserve their

1  right to brief the Court on legal standards and arguments at the proper time.  Defendants deny
2  the balance of the allegation.
3       134.   Answering Paragraph 134, Defendants deny the allegation to the extent it is legal
4  argument and/or conclusions that are not a proper allegation in a complaint and reserve their
5  right to brief the Court on legal standards and arguments at the proper time.  Defendants deny
6  the balance of the allegation.
7       135.   Answering Paragraph 135, Defendants deny the allegation.

## COUNT 2

9       136.   Answering Paragraph 136, Defendants incorporate the preceding paragraphs by
10 reference.
11      137.   Answering Paragraph 137, the paragraph contains only legal argument and/or
12 conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny
13 the allegation and reserve their right to brief the Court on legal standards and arguments at the
14 proper time.
15      138.   Answering Paragraph 138, the paragraph contains only legal argument and/or
16 conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny
17 the allegation and reserve their right to brief the Court on legal standards and arguments at the
18 proper time.
19      139.   Answering Paragraph 139, Defendants deny the allegation.
20      140.   Answering Paragraph 140, Defendants deny the allegation.
21      141.   Answering Paragraph 141, Defendants deny the allegation.
22      142.   Answering Paragraph 142, Defendants deny the allegation.

## COUNT 3

24      143.   Answering Paragraph 143, Defendants incorporate the preceding paragraphs by
25 reference.
26      144.   Answering Paragraph 144, the paragraph contains only legal argument and/or
27 conclusions that are not a proper allegation in a Complaint and for that reason Defendants deny
28

the allegation and reserve their right to brief the Court on legal standards and arguments at the proper time.  Defendants admit the allegation.

      145.    Answering Paragraph 145, Defendants deny the allegation.

## COSTS AND ATTORNEYS' FEES

      146.    Defendants neither admit nor deny plaintiff's jury demand as set forth in Paragraph 146.

WHEREFORE, Defendants pray that:

1. the Court gives judgment for Defendants;
2. the Court award Defendants costs of suit herein incurred;
3. that plaintiff take nothing by its Complaint; and
4. for such other and further relief as the Court may deem proper.

Dated:  June 30, 2015.    Respectfully submitted:

ZACH COWAN, City Attorney

By:   /s/ Zach Cowan
     ZACH COWAN
     Attorneys for Defendants

Dated:  June 30, 2015.

By:   /s/ Lester Lawrence Lessig
     LESTER LAWRENCE LESSIG III
     Attorneys for Defendants CITY OF
      BERKELEY and CHRISTINE DANIEL

Dated:  June 30, 2015.

By:   /s/ Robert Charles Post
     ROBERT CHARLES POST
     Attorneys for Defendants CITY OF
      BERKELEY and CHRISTINE DANIEL