United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

### Certificate of Good Standing

I, Mark J. Langer, Clerk of the United States Court of Appeals for the District of Columbia Circuit, certify that **Amanda Ward Shanor** was on the 30th day of April, 2013, duly admitted and qualified as an attorney and counselor of the Court of Appeals, and is now a member of the bar of the Court of Appeals in good standing.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of the Court, at the City of Washington, this 30 day of June, 2015.

FOR THE COURT:
Mark J. Langer, Clerk

BY:

Victor Brent
Deputy Clerk C/O