ZACH COWAN, City Attorney                SBN 96372
ZCowan@ci.berkeley.ca.us
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
TEL.:  (510) 981-6998
FAX.:  (510) 981-6960

LESTER LAWRENCE LESSIG III (Appearance Pro Hac Vice)
Lessig@law.harvard.edu
1563 Massachusetts Avenue
Cambridge, MA 02138

ROBERT CHARLES POST            SBN 111917
Robert.post@yale.edu
265 East Rock Road
New Haven, CT 06511

AMANDA SHANOR (Appearance Pro Hac Vice)
Amanda.shanor@gmail.com
127 Wall St
New Haven, CT 06511

Attorneys for Defendants
CITY OF BERKELEY and CHRISTINE DANIEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CTIA – THE WIRELESS ASSOCIATION,<br><br>           Plaintiff,<br>   vs.<br><br>CITY OF BERKELEY, CHRISTINE DANIEL, CITY MANAGER OF CITY OF BERKELEY,<br><br>           Defendants. | NO.  C15-02529 EMC<br><br>DECLARATION OF TOM JENSEN IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION<br><br>DATE: Aug. 20, 2015<br>TIME:   1:30 p.m.<br>CTRM: 5, 17th Flr, San Francisco |

I, Tom Jensen, declare:

    1.    I am currently employed as the Director of Public Policy Polling in Raleigh, North Carolina and oversee its day to day operations.  I have served as the Director since 2007.  If called to testify about any matters contained in this Declaration, I could do so competently.

    2.    Public Policy Polling was retained by Professor Lawrence Lessig to conduct a survey within the City of Berkeley on the topic of cell phones.  I worked directly on this project.

1

3. Professor Lessig provided me with some basic questions for the survey. Based on my experience as a pollster, I drafted the script for the survey.

4. We utilized a database consisting of all available residential land line numbers for registered voters within the City of Berkeley, obtained through Aristotle, Inc.

5. We conducted the survey during the period of March 6-8, 2015. The survey involved a questionnaire consisting of eleven questions conducted through automated calls using Interactive Voice Response (IVR) technology. IVR technology allows a computer to interact with humans through the use of voice recognition and tones input via a telephone keypad, so that each respondent hears the questions read the exact same way. Up to six attempts were made to reach a resident at each telephone number.

6. I prepared the survey results based on data collected from 459 Berkeley registered voters during the March 2015 survey. I then provided a copy of the survey results to Professor Lessig. Attached as Exhibit A is a true and correct copy of the results of the March 6-8, 2015 survey.

7. The survey results only include data from persons who confirmed that they own or regularly use cell phones or have dependent children who own or regularly use cell phones. The first question in the survey inquired: "Do you or children dependent on you own or use a cell phone regularly?" If the answer was no, the remainder of the survey was not conducted and the call was concluded at that time. If the survey recipient answered the first question in the affirmative, the automated system posed ten additional questions.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of June, 2015 in Raleigh, North Carolina.

Tom Jensen