


# Berkeley Results

**Q1** Do you or children dependent on you own or use a cell phone regularly?

| | |
|---|---|
| *Yes* | 100% |
| *No* | 0% |

**Q2** Do you or your dependent children ever carry a cell phone against your body- tucked in a shirt or pants pocket- while the cell phone is switched on?

| | |
|---|---|
| *Yes* | 74% |
| *No* | 26% |

**Q3** Are you aware that the government's radiation tests to assure the safety of cell phones assume that a cell phone would not be carried against your body, but would instead be held at least 1- to 15 millimeters from your body?

| | |
|---|---|
| *Yes* | 30% |
| *No* | 70% |

**Q4** (Among those who say no on q3) If you knew that the radiation tests to assure the safety of cell phones assume a cell phone would be carried away from your body, might you change how you or your children use your cell phones?

| | |
|---|---|
| *Yes* | 80% |
| *No* | 20% |

**Q5** Are you aware that cell phone manufacturers recommend that their cell phones be carried away from the body, or be used in conjunction with hands-free devices?

| | |
|---|---|
| *Yes* | 34% |
| *No* | 66% |

**Q6** Have you ever seen or read any recommendations by cell phone manufacturers about how to best protect against overexposure to cell phone radiation?

| | |
|---|---|
| *Yes* | 15% |
| *No* | 85% |

**Q7** When you purchase a cell phone, would you like information about the minimum distance from your body the manufacturer recommends you carry your phone?

| | |
|---|---|
| *Yes* | 82% |
| *No* | 18% |

**Q8** If you are a woman, press 1. If a man, press 2.

| | |
|---|---|
| *Woman* | 63% |
| *Man* | 37% |

**Q9** If you are a Democrat, press 1. If a Republican, press 2. If an independent, press 3.

| | |
|---|---|
| *Democrat* | 73% |
| *Republican* | 6% |
| *Independent* | 21% |

**Q10** If you are Hispanic, press 1. If white, press 2. If African-American, press 3. If Asian, press 4. If other, press 5.

| | |
|---|---|
| *Hispanic* | 6% |
| *White* | 61% |
| *African American* | 10% |
| *Asian* | 15% |
| *Other* | 9% |

**Q11** If you are 18 to 29 years old, press 1. If 30 to 45, press 2. If 46 to 65, press 3. If you are older than 65, press 4.

| | |
|---|---|
| *18 to 29* | 12% |
| *30 to 45* | 25% |
| *46 to 65* | 42% |
| *Older than 65* | 21% |



3020 Highwoods Blvd.
Raleigh, NC 27604
information@publicpolicypolling.com / 888 621-6988





| | Base | Gender | |
|---|---|---|---|
| | | Woman | Man |
| **Carry Against Body Yes/No** | | | |
| Yes | **74%** | 69% | 83% |
| No | **26%** | 31% | 17% |

| | Base | Gender | |
|---|---|---|---|
| | | Woman | Man |
| **Government Test Awareness** | | | |
| Yes | **30%** | 30% | 31% |
| No | **70%** | 70% | 69% |

| | Base | Gender | |
|---|---|---|---|
| | | Woman | Man |
| **Change How Use Phone Yes/No** | | | |
| Yes | **80%** | 82% | 76% |
| No | **20%** | 18% | 24% |

| | Base | Gender | |
|---|---|---|---|
| | | Woman | Man |
| **Manufacturer Recommendation Aware** | | | |
| Yes | **34%** | 35% | 33% |
| No | **66%** | 65% | 67% |

| | Base | Gender | |
|---|---|---|---|
| | | Woman | Man |
| **Seen Manufacturer Recommendation Yes/No** | | | |
| Yes | **15%** | 13% | 19% |
| No | **85%** | 87% | 81% |

| | Base | Gender | |
|---|---|---|---|
| | | Woman | Man |
| **Recommendation Info When Purchase** | | | |
| Yes | **82%** | 87% | 72% |
| No | **18%** | 13% | 28% |

| | Base | Party | | |
|---|---|---|---|---|
| | | Democrat | Republican | Independent |
| **Carry Against Body Yes/No** | | | | |
| Yes | **74%** | 74% | 75% | 74% |
| No | **26%** | 26% | 25% | 26% |

| | Base | Party | | |
|---|---|---|---|---|
| | | Democrat | Republican | Independent |
| **Government Test Awareness** | | | | |
| Yes | **30%** | 28% | 41% | 35% |
| No | **70%** | 72% | 59% | 65% |



3020 Highwoods Blvd.
Raleigh, NC 27604
information@publicpolicypolling.com / 888 621-6988





| | Base | Party | | |
|---|---|---|---|---|
| | | Democrat | Republican | Independent |
| **Change How Use Phone Yes/No** | | | | |
| Yes | **80%** | 79% | 54% | 90% |
| No | **20%** | 21% | 46% | 10% |

| | Base | Party | | |
|---|---|---|---|---|
| | | Democrat | Republican | Independent |
| **Manufacturer Recommendation Aware** | | | | |
| Yes | **34%** | 33% | 32% | 39% |
| No | **66%** | 67% | 68% | 61% |

| | Base | Party | | |
|---|---|---|---|---|
| | | Democrat | Republican | Independent |
| **Seen Manufacturer Recommendation Yes/No** | | | | |
| Yes | **15%** | 14% | 17% | 18% |
| No | **85%** | 86% | 83% | 82% |

| | Base | Party | | |
|---|---|---|---|---|
| | | Democrat | Republican | Independent |
| **Recommendation Info When Purchase** | | | | |
| Yes | **82%** | 85% | 65% | 76% |
| No | **18%** | 15% | 35% | 24% |

| | Base | Race | | | | |
|---|---|---|---|---|---|---|
| | | Hispanic | White | African American | Asian | Other |
| **Carry Against Body Yes/No** | | | | | | |
| Yes | **74%** | 74% | 75% | 51% | 78% | 86% |
| No | **26%** | 26% | 25% | 49% | 22% | 14% |

| | Base | Race | | | | |
|---|---|---|---|---|---|---|
| | | Hispanic | White | African American | Asian | Other |
| **Government Test Awareness** | | | | | | |
| Yes | **30%** | 39% | 31% | 24% | 27% | 29% |
| No | **70%** | 61% | 69% | 76% | 73% | 71% |

| | Base | Race | | | | |
|---|---|---|---|---|---|---|
| | | Hispanic | White | African American | Asian | Other |
| **Change How Use Phone Yes/No** | | | | | | |
| Yes | **80%** | 74% | 78% | 85% | 94% | 67% |
| No | **20%** | 26% | 22% | 15% | 6% | 33% |

| | Base | Race | | | | |
|---|---|---|---|---|---|---|
| | | Hispanic | White | African American | Asian | Other |
| **Manufacturer Recommendation Aware** | | | | | | |
| Yes | **34%** | 49% | 33% | 26% | 40% | 32% |
| No | **66%** | 51% | 67% | 74% | 60% | 68% |



3020 Highwoods Blvd.
Raleigh, NC 27604
information@publicpolicypolling.com / 888 621-6988





| | Base | Race | | | | |
|---|---|---|---|---|---|---|
| | | Hispanic | White | African American | Asian | Other |
| **Seen Manufacturer Recommendation Yes/No** | | | | | | |
| Yes | **15%** | 36% | 13% | 16% | 17% | 10% |
| No | **85%** | 64% | 87% | 84% | 83% | 90% |

| | Base | Race | | | | |
|---|---|---|---|---|---|---|
| | | Hispanic | White | African American | Asian | Other |
| **Recommendation Info When Purchase** | | | | | | |
| Yes | **82%** | 83% | 83% | 89% | 75% | 75% |
| No | **18%** | 17% | 17% | 11% | 25% | 25% |

| | Base | Age | | | |
|---|---|---|---|---|---|
| | | 18 to 29 | 30 to 45 | 46 to 65 | Older than 65 |
| **Carry Against Body Yes/No** | | | | | |
| Yes | **74%** | 94% | 85% | 71% | 58% |
| No | **26%** | 6% | 15% | 29% | 42% |

| | Base | Age | | | |
|---|---|---|---|---|---|
| | | 18 to 29 | 30 to 45 | 46 to 65 | Older than 65 |
| **Government Test Awareness** | | | | | |
| Yes | **30%** | 19% | 30% | 31% | 34% |
| No | **70%** | 81% | 70% | 69% | 66% |

| | Base | Age | | | |
|---|---|---|---|---|---|
| | | 18 to 29 | 30 to 45 | 46 to 65 | Older than 65 |
| **Change How Use Phone Yes/No** | | | | | |
| Yes | **80%** | 47% | 86% | 86% | 79% |
| No | **20%** | 53% | 14% | 14% | 21% |

| | Base | Age | | | |
|---|---|---|---|---|---|
| | | 18 to 29 | 30 to 45 | 46 to 65 | Older than 65 |
| **Manufacturer Recommendation Aware** | | | | | |
| Yes | **34%** | 31% | 38% | 33% | 33% |
| No | **66%** | 69% | 62% | 67% | 67% |

| | Base | Age | | | |
|---|---|---|---|---|---|
| | | 18 to 29 | 30 to 45 | 46 to 65 | Older than 65 |
| **Seen Manufacturer Recommendation Yes/No** | | | | | |
| Yes | **15%** | 13% | 22% | 12% | 14% |
| No | **85%** | 87% | 78% | 88% | 86% |

| | Base | Age | | | |
|---|---|---|---|---|---|
| | | 18 to 29 | 30 to 45 | 46 to 65 | Older than 65 |
| **Recommendation Info When Purchase** | | | | | |
| Yes | **82%** | 76% | 77% | 83% | 90% |
| No | **18%** | 24% | 23% | 17% | 10% |



3020 Highwoods Blvd.
Raleigh, NC 27604
information@publicpolicypolling.com / 888 621-6988

