ZACH COWAN, City Attorney  SBN 96372
ZCowan@ci.berkeley.ca.us
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
TEL.: (510) 981-6998
FAX.: (510) 981-6960

LESTER LAWRENCE LESSIG III (Appearance Pro Hac Vice)
Lessig@law.harvard.edu
1563 Massachusetts Avenue
Cambridge, MA 02138

ROBERT CHARLES POST  SBN 111917
Robert.post@yale.edu
265 East Rock Road
New Haven, CT 06511

AMANDA SHANOR (Appearance Pro Hac Vice)
Amanda.shanor@gmail.com
127 Wall St
New Haven, CT 06511

Attorneys for Defendants
CITY OF BERKELEY and CHRISTINE DANIEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CTIA – THE WIRELESS ASSOCIATION,<br><br>           Plaintiff,<br>     vs.<br><br>CITY OF BERKELEY, CHRISTINE DANIEL, CITY MANAGER OF CITY OF BERKELEY,<br><br>           Defendants. | NO.  C15-02529 EMC<br><br>DECLARATION OF ANTHONY B. MILLER IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>DATE: August 20, 2015<br>TIME: 1:30 p.m.<br>CTRM: 5, 17th Flr, San Francisco |

I, Anthony B. Miller, declare:

    1.    I am a Professor Emeritus in the Dalla Lana School of Public Health, University of Toronto, Canada.  I am a physician and epidemiologist specializing in cancer etiology, prevention, and screening.

    2.    I am a Medical Doctor (MD), Fellow of the Royal College of Physicians (FRCP), Fellow of the Royal College of Physicians of Canada (FRCPC), Fellow of the American College of Endocrinology (FACE), and Fellow of the Faculty of Public Health (FFPH).

3. I have been active in cancer research for over 50 years and have performed research on ionizing radiation and cancer, electromagnetic fields and cancer, and other aspects of cancer causation.

4. I have served on many committees assessing the carcinogenicity of various exposures, including working groups of the International Agency for Research on Cancer (IARC) in Lyon, France, which is the cancer research agency of the World Health Organization.

5. I was a visiting senior scientist in the Monographs program at IARC from September 2011 until January 2012, where as part of my duties I reviewed the scientific literature that was used by a working group to designate radio frequency (RF) fields as a class 2B carcinogen, that is, a possible human carcinogen.

6. Electromagnetic radiation can be either ionizing or non-ionizing.

7. RF radiation is non-ionizing radiation.

8. The harm and the mechanism of harm from ionizing radiation are now well understood, yet it took many years for the full extent of the hazard in terms of cancer induction to be recognized. Further, the induction of cancer by ionizing radiation may also be influenced by other factors, e.g. age of exposure for breast cancer, and whether the person exposed smokes for lung cancer.

9. The harm and the mechanism of harm from non-ionizing radiation, particularly RF, is less well understood, in part because RF fields have been a focus of research for far less time.

10. Non-ionizing radiation can create harm through thermal effects, usually only in high dosage.

11. There is an increasingly clear body of evidence that non-ionizing radiation can create harm through non-thermal effects as well. Convincing evidence is summarized at the following sources:

    a. Cindy Sage & David O. Carpenter, Editors, *BioInitiative Report: A Rationale for a Biologically-Based Public Exposure Standard for Electromagnetic Radiation*, BioInitiative Working Group (Dec. 31, 2012), www.bioinitiative.org.

     b. P.S. Deshmukh, K. Megha, B. D. Banerjee, R.S. Ahmed, S. Chandna, M.P. Abegaonkar & A.D. Tripathi, *Detection of Low Level Microwave Radiation Induced Deoxyribonucleic Acid Damage Vis-à-vis Genotoxicity in Brain of Fischer Rats*, Toxicology International, 20(1):19-24 (Jan. 2013), *available at* http://www.ncbi.nlm.nih.gov/pubmed/23833433?dopt=Abstract.

     c. E. Karaca, B. Durmaz, H. Aktug, T. Yildiz, C. Guducu, M. Irgi, M.G. Koksal, F. Ozkinay, C. Gunduz & O. Cogulu, *The Genotoxic Effect of Radiofrequency Waves on Mouse Brain*, Journal of Neuro-Oncology, 106(1):53-8 (Jan. 2012), *available at* http://www.ncbi.nlm.nih.gov/pubmed/21732071?dopt=Abstract.

12. Of interest is an increased concern about cancer.

13. Since the IARC review in 2011, which identified RF fields as a possible human carcinogen, there had been a number of epidemiologic studies that have been reported.

14. In my view, and that of a number of colleagues who have co-authored papers with me on this issue, these studies reinforce the evidence that RF fields are not just a <u>possible</u> human carcinogen but a <u>probable</u> human carcinogen, putting it in the IARC category 2A.

15. One of the most important of the recent studies was a study in France, a large case-control study, which found a doubling of risk of glioma, the most malignant form of brain tumor, after two years of heavy exposure to cell phones. After five years it was five times the risk. They also identified the fact that in those who lived in urban environments, where there are probably a number of other carcinogens that could impact upon brain tumors, the risk was even higher.

16. As an epidemiologist who has done a great deal of work on breast cancer, one of the most concerning factors that have come to light recently is a series of case reports, starting with some reports from California. In all, there are now seven case reports of women who developed unusual breast cancers in the exact position where they kept cell phones in their bras. These are unusual tumors. They are multifocal, which means they occur in several places in the breast. The pattern of these cancers seems to mirror where the cell phone was being kept. The radiation from the cell phone seems to have increased in these women the risk, which they presumably already had, of developing breast cancer. They were all relatively young women. This is a most unusual occurrence that must concern us greatly.

17. RF fields have been associated not only with brain cancers but also parotid gland tumors, tumors of the parotid salivary gland. There have been several instances of people who have developed these cancers. In Israel recently a study identified increasing risk of these cancers, particularly with increasing exposure.

18. This research demonstrates that there is no simple difference between ionizing and non-ionizing radiation, such that only the former has any biological effects, beyond thermal effects.

19. In my opinion, it is the state of the field today that the evidence suggests a significant range of biological effects, including harmful effects, from non-ionizing radiation. These effects provide ample reason for governments to take steps to reduce exposure to RF radiation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on this 28th day of June, 2015, in Waterford, Ireland.

_____
ANTHONY B. MILLER