Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CTIA - WIRELESS ASSOCIATION )
                             )   Case No: C15-02529 KAW
                 Plaintiff(s), )
                             )   **APPLICATION FOR**
      v.                     )   **ADMISSION OF ATTORNEY**
                             )   **PRO HAC VICE**
CITY OF BERKELEY, et al.     )   (CIVIL LOCAL RULE 11-3)
                             )
                 Defendant(s). )

I, AMANDA SHANOR, an active member in good standing of the bar of District of Columbia Circuit, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants in the above-entitled action. My local co-counsel in this case is Zach Cowan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Yale Law School, 127 Wall Street New Haven, CT 06511 | City of Berkeley, 2180 Milvia St., 4th Flr., Berkeley, CA 94704 |
| MY TELEPHONE # OF RECORD: (203) 247-2195 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (510) 981-6998 |
| MY EMAIL ADDRESS OF RECORD: amanda.shanor@yale.edu | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: ZCowan@cityofberkeley.info |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 54796.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/01/15

AMANDA SHANOR
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of AMANDA SHANOR is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, co-counsel designated in the application will constitute notice to the party.

Dated: 7/7/15

*IT IS SO ORDERED*
Judge Edward M. Chen
UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                                    October 2012