ZACH COWAN, City Attorney     SBN 96372
ZCowan@ci.berkeley.ca.us
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
TEL.:  (510) 981-6998
FAX.:  (510) 981-6960

Lester Lawrence Lessig (Pro Hac Vice)
Lessig@harvard.edu
1563 Massachusetts Avenue
Cambridge, MA 02138

ROBERT CHARLES POST          SBN 111917
Robert.post@yale.edu
265 East Rock Road
New Haven, CT 06511

AMANDA SHANOR (Pro Hac Vice)
Amanda.shanor@yale.edu
127 Wall Street
New Haven, CT 06511

*Attorneys for Defendants
City of Berkeley and Christine Daniel*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CTIA – THE WIRELESS ASSOCIATION,<br><br>        Plaintiff,<br><br>     vs.<br><br>CITY OF BERKELEY,<br>CHRISTINE DANIEL, CITY MANAGER OF CITY OF BERKELEY,<br><br>        Defendants. | NO. C15-02529 EMC<br><br>DEFENDANTS' RESPONSE TO PLAINTIFF'S OPPOSITION TO NATURAL RESOURCES DEFENSE COUNCIL'S APPLICATION FOR LEAVE TO FILE AMICUS BRIEF<br><br>Date:   August 20, 2015<br>Time:  1:30 p.m.<br>Place:  Courtroom 5, 17th Flr., San Francisco |

| | |
|---|---|
| 1 | **INTRODUCTION** |
| 2 | The Natural Resources Defense Council ("NRDC") timely sought leave to participate in |
| 3 | these proceeding as amicus curiae. CTIA's opposition to NRDC's participation is frivolous. |
| 4 | There is ample time in the current schedule for Plaintiff to respond to NRDC if it so desires, and |
| 5 | Plaintiff is in no way prejudiced. The Court should grant NRDC's application. |
| 6 | **ARGUMENT** |
| 7 | "[I]n general, courts have 'exercised great liberality' in deciding whether to grant amicus |
| 8 | curiae status." *Ou-Young v. Roberts*, No. C-13-4442 EMC, 2013 WL 6732118, at *3 (N.D. Calif. |
| 9 | Dec. 20, 2013) (quoting *Woodfin Suite Hotels, LLC v. City of Emeryville*, No. C06–1254 SBA, |
| 10 | 2007 WL 81911, at *3 (N.D. Cal. Jan. 9, 2007)).  "District courts frequently welcome amicus |
| 11 | briefs from nonparties concerning legal issues that have potential ramifications beyond the |
| 12 | parties directly involved or if the amicus has unique information or perspective that can help the |
| 13 | court beyond the help that the lawyers for the parties are able to provide." *NGV Gaming, Ltd. v.* |
| 14 | *Upstream Point Molate, LLC*, 335 F. Supp. 2d 1016, 1067 (N.D. Cal. 2005) (quotation omitted). |
| 15 | As a national public health and environmental advocacy organization with an interest in |
| 16 | the issues being litigated in this case, NRDC may timely seek leave to file an amicus brief |
| 17 | regardless of whether the parties' schedule expressly contemplates amicus filings.  *See* Fed. R. |
| 18 | Civ. P. 29.  NRDC timely filed its motion on July 13th, Dkt. 36, 7 days after Defendant's brief |
| 19 | was filed, Dkt. 33.  *See* Fed. R. App. P. 29. |
| 20 | NRDC's motion is regardless fully consistent with the current schedule, and Plaintiff will |
| 21 | in no way be prejudiced. Argument is scheduled for August 20th, Dkt. 24, more than a *full* |
| 22 | *month* after NRDC's motion was filed. This schedule provides ample time for Plaintiff to |
| 23 | respond to NRDC's brief, should it so desire. Defendants do not oppose Plaintiff's request to file |
| 24 | a 5-page supplemental response. In the interest of fairness, Defendants request that the Court |
| 25 | require Plaintiff to submit such a response, if any, within 7 days. |
| 26 | **CONCLUSION** |
| 27 | For the foregoing reasons, the City respectfully requests that the Court grant NRDC's |
| 28 | motion to participate as amicus. |

DATED:  July 30, 2015

By: /s/ Lester Lawrence Lessig, III
LESTER LAWRENCE LESSIG, III

ZACH COWAN, City Attorney
LESTER LAWRENCE LESSIG, III
ROBERT CHARLES POST
AMANDA SHANOR

*Attorneys for Defendant City of Berkeley*