ZACH COWAN, City Attorney        SBN 96372
ZCowan@ci.berkeley.ca.us
SAVITH IYENGAR, Deputy City Attorney  SBN 268342
SIyenar@ci.berkeley.ca.us
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
TEL.:  (510) 981-6998
FAX.:  (510) 981-6960

LESTER LAWRENCE LESSIG III (Appearance Pro Hac Vice)
Lessig@law.harvard.edu
1563 Massachusetts Avenue
Cambridge, MA 02138

ROBERT CHARLES POST        SBN 111917
Robert.post@yale.edu
265 East Rock Road
New Haven, CT 06511

AMANDA SHANOR (Appearance Pro Hac Vice)
Amanda.shanor@gmail.com
127 Wall St
New Haven, CT 06511

Attorneys for Defendants
CITY OF BERKELEY and CHRISTINE DANIEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CTIA – THE WIRELESS ASSOCIATION,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF BERKELEY, CHRISTINE DANIEL, CITY MANAGER OF CITY OF BERKELEY,<br><br>  Defendants. | NO.  C15-02529 EMC<br><br>DEFENDANTS' STATEMENT OF RECENT DECISION |

Pursuant to Local Rule 7-3(d)(2) Defendants respectfully brings to the Court's attention a recent decision in support of Defendants' Opposition to Plaintiff's Motion for Preliminary

Injunction: *Nat'l. Ass'n. of Mfrs. v. SEC*, No. 13-5252 (D.C. Cir. Aug. 18, 2015).  For the Court's convenience, Defendants attach the Opinion as Exhibit A.

Dated:  August 18, 2015.                         Respectfully submitted:

ZACH COWAN, City Attorney

By:   _____/s/_____
    ZACH COWAN
    Attorneys for Defendants
    CITY OF BERKELEY and CHRISTINE DANIEL

Dated:  August 18, 2015.

By:   _____/s/_____
    LESTER LAWRENCE LESSIG
    Attorneys for Defendants
    CITY OF BERKELEY and CHRISTINE DANIEL