ZACH COWAN, City Attorney          SBN 96372
ZCowan@ci.berkeley.ca.us
SAVITH IYENGAR, Deputy City Attorney  SBN 268342
SIyenar@ci.berkeley.ca.us
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
TEL.:  (510) 981-6998
FAX.:  (510) 981-6960

LESTER LAWRENCE LESSIG III (Appearance Pro Hac Vice)
Lessig@law.harvard.edu
1563 Massachusetts Avenue
Cambridge, MA 02138

ROBERT CHARLES POST          SBN 111917
Robert.post@yale.edu
265 East Rock Road
New Haven, CT 06511

AMANDA SHANOR (Appearance Pro Hac Vice)
Amanda.shanor@gmail.com
127 Wall St
New Haven, CT 06511

Attorneys for Defendants
CITY OF BERKELEY and CHRISTINE DANIEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CTIA – THE WIRELESS ASSOCIATION,<br><br>             Plaintiff,<br><br>       vs.<br><br>CITY OF BERKELEY, CHRISTINE DANIEL, CITY MANAGER OF CITY OF BERKELEY,<br><br>             Defendants. | NO.  C15-02529 EMC<br><br>DEFENDANTS' STATEMENT OF RECENT DECISION |

Pursuant to Local Rule 7-3(d)(2) Defendants respectfully brings to the Court's attention a

recent decision in support of Defendants' Opposition to Plaintiff's Motion for Preliminary

1

1  Injunction: *Crazy Ely W/ Village, LLC v. City of Las Vegas*, No. 14-17208 (9th Cir. Jul. 22,
2  2015).  For the Court's convenience, Defendants attach the Opinion as Exhibit A.

Dated:   August 19, 2015.                    Respectfully submitted:

ZACH COWAN, City Attorney

By:   _____/s/_____
         ZACH COWAN
         Attorneys for Defendants
         CITY OF BERKELEY and CHRISTINE DANIEL

Dated:  August 19, 2015.
By:   _____/s/_____
         LESTER LAWRENCE LESSIG
         Attorneys for Defendants
         CITY OF BERKELEY and CHRISTINE DANIEL