OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** August 20, 2015  **Time:** 1:42-3:02  **Judge:** EDWARD M. CHEN
**Case No.**: 15-cv-02529-EMC  **Case Name:** CTIA - The Wireless Association v. City of Berkeley

**Attorney for Plaintiff:** Theodore Olson
**Attorney for Defendant:** Lester Lessig III and Zach Cowan for City of Berkeley
**Attorney for NRDC:** Mike Wall and Rachel Heron

**Deputy Clerk:** Betty Lee  **Court Reporter:** Pam Batalo

PROCEEDINGS

Plaintiff's Motion for Preliminary Injunction #4
Natural Resources' Motion for Leave to File Amicus Brief #36

SUMMARY

The Court took the matter under submission and to issue order.