ZACH COWAN, City Attorney         SBN 96372
ZCowan@ci.berkeley.ca.us
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
TEL.:  (510) 981-6998
FAX.:  (510) 981-6960

Lester Lawrence Lessig (Appearance Pro Hac Vice)
lessig@law.harvard.edu
1563 Massachusetts Avenue
Cambridge, MA 02138

ROBERT CHARLES POST           SBN 111917
Robert.post@yale.edu
265 East Rock Road
New Haven, CT 06511

AMANDA SHANOR (Appearance Pro Hac Vice)
Amanda.shanor@yale.edu
127 Wall Street
New Haven, CT 06511

Attorneys for Defendants
CITY OF BERKELEY and CHRISTINE DANIEL

Theodore B. Olson                 SBN 38137
tolson@gibsondunn.com
Helgi C. Walker (Appearance Pro Hac Vice)
Michael R. Huston                 SBN 278488
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:   (202) 955.8668
Facsimile:    (202) 530.9575

Joshua S. Lipshutz               SBN 242557
jlipshutz@gibsondunn.com
Joshua D. Dick                   SBN 268853
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone:   (415) 393.8233
Facsimile:    (415) 374.8469

Attorneys for Plaintiff CTIA – The Wireless Association®

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CTIA – THE WIRELESS ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF BERKELEY, CHRISTINE DANIEL, CITY MANAGER OF CITY OF BERKELEY,<br><br>　　　　　Defendants. | NO.  C15-02529 EMC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND CASE MANAGEMENT CONFERENCE<br><br>DATE:　December 22, 2015<br>TIME:　1:00 PM<br>PLACE:　Courtroom 5, 17th Floor,<br>　　　　　San Francisco |

Defendants request that the hearing of the Defendants' Motion to Dissolve the Preliminary Injunction currently scheduled on December 22, 2015, be continued to January 21, 2016, because Special Counsel Professor Lessig would otherwise have to fly in from the East Coast during the holiday season. Plaintiffs are prepared to go forward on December 22, 2015, but are willing to accommodate Defendants in the interest of courtesy and thus have agreed to the proposed continuance.

The Case Management Conference is also scheduled to be heard on December 22, 2015. Therefore, the parties also request that the Case Management Conference be moved to January 21, 2016, at 1:30 p.m.

## STIPULATION

The parties accordingly stipulate as follows:

1. City Defendants' motion will be heard on January 21, 2016, at 1:30 p.m.
2. The Case Management Conference will be moved to January 21, 2016 at 1:30 p.m.

Dated:  December 10, 2015.　　　　　　　　GIBSON, DUNN & CRUTCHER LLP

　　　　　　　　　　　　　　　　　　　　　By:　　/s/ Joshua S. Lipshutz

　　　　　　　　　　　　　　　　　　　　　Theodore B. Olson
　　　　　　　　　　　　　　　　　　　　　Helgi C. Walker
　　　　　　　　　　　　　　　　　　　　　Joshua S. Lipshutz
　　　　　　　　　　　　　　　　　　　　　Joshua D. Dick
　　　　　　　　　　　　　　　　　　　　　Michael R. Huston
　　　　　　　　　　　　　　　　　　　　　Jacob T. Spencer

　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　CTIA – The Wireless Association

1 | Dated: December 10, 2015.

CITY OF BERKELEY

By: /s/ Zach Cowan
Zach Cowan, City Attorney


By: /s/ Lester Lawrence Lessig
PROFESSOR LESTER LAWRENCE LESSIG

Attorneys for Defendants
CITY OF BERKELEY, CHRISTINE DANIEL

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/14/15

_____
Judge Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen