Theodore B. Olson (#38137)
TOlson@gibsondunn.com
Helgi C. Walker (Admitted *Pro Hac Vice*)
HWalker@gibsondunn.com
Michael R. Huston (#278488)
MHuston@gibsondunn.com
Jacob T. Spencer (Admitted *Pro Hac Vice*)
JSpencer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:    202.955.8668
Facsimile:    202.530.9575

Joshua S. Lipshutz (#242557)
JLipshutz@gibsondunn.com
Joshua D. Dick (#268853)
JDick@gibsondunn.com
Gibson, Dunn & Crutcher LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone:    415.393.8233
Facsimile:    415.374.8469

*Attorneys for Plaintiff*
*CTIA – The Wireless Association*®

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CTIA – THE WIRELESS ASSOCIATION®,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF BERKELEY, CALIFORNIA, and CHRISTINE DANIEL, CITY MANAGER OF BERKELEY, CALIFORNIA, in her official capacity,<br><br>Defendants. | **CASE NO. 3:15-cv-02529-EMC**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR LEAVE FOR OUT-OF-TOWN COUNSEL TO APPEAR TELEPHONICALLY AT MAY 12, 2016 CASE MANAGEMENT CONFERENCE**<br><br>Date:    May 12, 2016<br>Time:    10:30 AM<br>Place:   Courtroom 5, 17th Floor, San Francisco |

**RECITALS**

1. Pursuant to Local Rule 16-10(a) and this Court's Standing Orders, Plaintiff CTIA – The Wireless Association® ("CTIA"), and Defendants the City of Berkeley, California, and Christie Daniel, in her official capacity as City Manager of Berkeley, California, respectfully request leave for out-of-town counsel for both parties to appear telephonically at the Case Management Conference scheduled for May 12, 2016.

2. Appearing telephonically would permit out-of-town counsel to participate meaningfully in the Case Management Conference while reducing litigation costs.

3. Joshua Dick, local counsel for CTIA, will appear in person at the Case Management Conference.

4. Zach Cowan, local counsel for Defendants, will appear in person at the Case Management Conference.

**STIPULATION**

The parties accordingly stipulate as follows:

1. This Court shall permit out-of-town counsel for both parties to appear telephonically at the Case Management Conference scheduled for May 12, 2016.

| | |
|---|---|
| May 5, 2016 | By: /s/ Theodore B. Olson |
| | Theodore B. Olson |
| | Helgi C. Walker |
| | Joshua S. Lipshutz |
| | Joshua D. Dick |
| | Michael R. Huston |
| | Jacob T. Spencer |
| | |
| | GIBSON, DUNN & CRUTCHER LLP |
| | |
| | *Attorneys for Plaintiff* |
| | *CTIA – The Wireless Association®* |
| | |
| May 5, 2016 | By: **/s/ Zachary D. Cowan |
| | |
| | Zach Cowan, City Attorney (#96372) |
| | CITY OF BERKELEY |
| | 2180 Milvia Street, Fourth Floor |
| | Berkeley, CA 94704 |
| | Telephone:   510.981.6998 |
| | Facsimile:   510.981.6960 |
| | |
| | *Attorney for Defendants* |
| | *City of Berkeley, California and* |
| | *Christine Daniel, City Manager of* |
| | *Berkeley, California* |
| | |
| | ** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory. |

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 6, 2016

Out of town counsel for plaintiff shall set up a conference call and provide the dial in number for the Court and defense out of town counsel no later than Tuesday 5/10/16 by 10:00 a.m.  Counsel may email the dial in number and counsel's names to: emccrd@cand.uscourts.gov

*IT IS SO ORDERED AS MODIFIED*
/s/ Edward M. Chen

EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE