Theodore B. Olson (#38137)
TOlson@gibsondunn.com
Helgi C. Walker (Admitted *Pro Hac Vice*)
HWalker@gibsondunn.com
Jacob T. Spencer (Admitted *Pro Hac Vice*)
JSpencer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:    202.955.8668
Facsimile:    202.530.9575

Joshua D. Dick (#268853)
JDick@gibsondunn.com
Alexander N. Harris (#278482)
AHarris@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone:    415.393.8233
Facsimile:    415.374.8469

*Attorneys for Plaintiff*
*CTIA – The Wireless Association*®

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CTIA – THE WIRELESS ASSOCIATION®,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF BERKELEY, CALIFORNIA, and CHRISTINE DANIEL, CITY MANAGER OF BERKELEY, CALIFORNIA, in her official capacity,<br><br>Defendants. | **CASE NO. 3:15-cv-02529-EMC**<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER FOR CTIA TO FOREGO ATTORNEYS' FEES AND COSTS IN EXCHANGE FOR THE CITY FOREGOING AN APPEAL** |

# RECITALS

1. Plaintiff CTIA – The Wireless Association® ("CTIA") filed this action on June 8, 2015. (Dkt. 1.)  CTIA moved for judgment on the pleadings on April 24, 2020. (Dkt. 143.)  The Court granted the motion on September 17, 2020, and entered final judgment in CTIA's favor the same day.  (Dkts. 163, 164.)

2. The parties do not wish to pursue further litigation.  Defendants the City of Berkeley, California, and Christie Daniel, in her official capacity as City Manager of Berkeley, California, therefore agree that they will not file any notice of appeal in this action or otherwise pursue an appeal in this action, in exchange for which CTIA will not file any motion for attorneys' fees or bill of costs, or otherwise pursue attorneys' fees or costs in this action.

# STIPULATION

The parties accordingly stipulate as follows:

1. Defendants will not file any notice of appeal in this action or otherwise pursue an appeal in this action.

2. As valuable consideration for this promise, CTIA will not file any motion for attorneys' fees or bill of costs, or otherwise pursue attorneys' fees or costs in this action.

September 30, 2020

By: /s/ Theodore B. Olson

Theodore B. Olson
Helgi C. Walker
Joshua D. Dick
Alexander N. Harris
Jacob T. Spencer

GIBSON, DUNN & CRUTCHER LLP

*Attorneys for Plaintiff*
*CTIA – The Wireless Association*®

September 30, 2020

By: **/s/ Christopher D. Jensen

Farimah Brown, City Attorney (#201227)
Christopher D. Jensen, Assistant City Attorney (#235108)
CITY OF BERKELEY
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: 510.981.6998
Facsimile: 510.981.6960

*Attorney for Defendants
City of Berkeley, California and
Christine Daniel, City Manager of
Berkeley, California*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 30, 2020

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE